IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

**FREDERICK BANKS**                                                         **PLAINTIFF**

v.                                  **4:13-CV-00480-JMM**

**DAVENPORT,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED.

IT IS SO ORDERED THIS 22nd day of August, 2013.

*[signature: James M. Moody]*
James M. Moody
United States District Judge